LAWRENCE G. BROWN
Acting United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814

CAROLINE A. NEWMAN
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 305-2558
Email: Caroline.A.Newman@usdoj.gov
Western.Taxcivil@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and CHARLES DUFF, Revenue Officer, Internal Revenue Service,<br><br>Petitioners,<br><br>v.<br><br>ARTHUR RALPH SILL,<br><br>Respondent. | 2:08-mc-00121-MCE-GGH<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS AND ENFORCING I.R.S. SUMMONS**<br><br>Taxpayer: ARTHUR RALPH SILL |

The United States and Revenue Officer Charles Duff hereby petition for enforcement of two I.R.S. summonses. The matter was placed before United States Magistrate Gregory G. Hollows under 28 U.S.C. § 636 *et seq.* and Local Rule 73-302. On October 23, 2008, Judge Hollows issued an Order to Show Cause, ordering the respondent, Arthur Ralph Sill, to show cause why the I.R.S. summonses issued to him on May 9, 2008, should not be enforced. The Petition, Points and Authorities, and Order to Show Cause were personally served upon the respondent according to Fed. R. Civ. P. 4(e). Respondent did not file an opposition to enforcement.

///

1 | Judge Hollows presided at the show-cause hearing on February 5, 2009.
Respondent did not appear. On February 24, 2009, Judge Hollows filed Findings and Recommendations, finding that the requirements for summons enforcement had been satisfied and recommending that the summons be enforced. Neither side filed objections to the Magistrate Judge's findings and recommendations.

I have reviewed the entire record de novo under 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304. I am satisfied that the Magistrate Judge's findings and recommendations are supported by the record and by proper analysis, and that the requested and unopposed summons enforcement should be granted. Accordingly, it is hereby ORDERED as follows:

1. The Magistrate Judge's Findings and Recommendations Re: I.R.S. Summons Enforcement, filed February 24, 2009, are ADOPTED IN FULL.

2. The I.R.S. summonses issued to respondent, Arthur Ralph Sill, is ENFORCED.

3. Respondent, Arthur Ralph Sill, is ORDERED to appear at the I.R.S. offices at 4330 Watt Avenue, Sacramento, California, 95821, before Revenue Officer Charles Duff, or his designated representative, within 21 days of the issuance of this order, or at an alternate time and date to be set by Revenue Officer Duff, then and there to be sworn, to give testimony, and to produce for examining and copying the books, checks, records, papers and other data demanded by the summons, the examination to continue from day to day until completed.

It is SO ORDERED.

Dated: March 24, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE