LAWRENCE G. BROWN
Acting United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814

CAROLINE A. NEWMAN
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 305-2558
Email: Caroline.A.Newman@usdoj.gov
Western.Taxcivil@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and CHARLES DUFF, Revenue Officer, Internal Revenue Service,<br><br>Petitioners,<br><br>v.<br><br>ARTHUR RALPH SILL,<br><br>Respondent. | 2:08-mc-00121-MCE-GGH<br><br>**ORDER TO SHOW CAUSE RE: CIVIL CONTEMPT**<br><br>Taxpayer: ARTHUR RALPH SILL<br><br>Date: October 15, 2009<br>Time: 10:00 a.m.<br>Ctrm: Honorable Morrison C. England, Jr.<br>(Crtrm. # 7, 14th Floor) |

Upon the petition of LAWRENCE G. BROWN, Acting United States Attorney for the Eastern District of California, including the declaration of Revenue Officer CHARLES DUFF, it is hereby:

ORDERED that the respondent, ARTHUR RALPH SILL, appear before United States District Judge Morrison C. England, Jr., in that Judge's courtroom in the United States Courthouse, 501 I Street, Sacramento, California, on October 15, 2009, at 2:00 o'clock p.m., and that respondent show cause as follows:

1. Why respondent, ARTHUR RALPH SILL, should not be held in civil contempt of this Court for his failure to comply with the Order filed on March 25, 2009, directing respondent to comply with the I.R.S. Summons issued on May 9, 2008.

2. Why the respondent should not be incarcerated and ordered to pay a daily fine until he complies with the Order, and ordered to pay a compensatory fine to the United States.

IT IS FURTHER ORDERED that within 7 calendar days after the filing of this Order, the respondent shall file and serve a written response to the Petition re: Civil Contempt of Order Filed March 25, 2009. Only those issues brought into controversy by the responsive papers and supported by declaration will be considered at the hearing on this Order, and any uncontested allegation in the Petition Re: Civil Contempt will be considered admitted.

Respondent is hereby notified that a failure to comply with this Order will subject respondent to possible further sanctions for contempt of Court.

The Clerk shall forward copies of this Order and future orders to Mr. Arthur Ralph Sill, at 37601 Palo Verde Drive, Cathedral City, California, 92234.

IT IS SO ORDERED.

Dated: July 24, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE