LAWRENCE G. BROWN
United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814

CAROLINE A. NEWMAN
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 305-2558
Email: Caroline.A.Newman@usdoj.gov
Western.Taxcivil@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and CHARLES DUFF, Revenue Officer, Internal Revenue Service,<br><br>Petitioners,<br><br>v.<br><br>ARTHUR RALPH SILL,<br><br>Respondent. | 2:08-mc-00121-MCE-GGH<br><br>**ORDER RE: CIVIL CONTEMPT**<br><br>Taxpayer: ARTHUR RALPH SILL |

This matter came before me on October 15, 2009, under the Order to Show Cause filed July 27, 2009. Caroline A. Newman appeared on behalf of Petitioners, and Revenue Officer Charles Duff was also present. Respondent did not file an opposition to the Order to Show Cause and did not appear at the Order to Show Cause hearing. Based upon the entire record, I make the following findings:

///

///

///

///

1     (1)  On October 15, 2008, Petitioners filed a Petition to enforce two IRS
2 summonses directed to the respondent, Arthur Ralph Sill, seeking testimony, books,
3 records, papers, and other data as part of an investigation to determine the existence and
4 amounts of individual income tax liabilities for Arthur Ralph Sill, for the taxable years
5 ending December 31, 2001, December 31, 2002, December 31, 2005, December 31,
6 2006, and December 31, 2007; and a second investigation to determine financial
7 information for assessed individual income tax liabilities for the tax years ending
8 December 31, 2000, December 31, 2003 and December 31, 2004, and for civil penalties
9 for the periods ending December 31, 2003, December 31, 2004, June 30, 2005,
10 September 30, 2005, and December 31, 2005.
11    (2)  On March 25, 2009, this Court issued its Order Enforcing Internal Revenue
12 Service Summons, adopting in full the Magistrate Judge's findings and recommendations
13 and enforcing the IRS summonses.  This Order required that respondent personally appear
14 to provide testimony and produce documents demanded by the summons at the IRS office
15 in Sacramento, California, within 21 days of the issuance of the order, or at a later time
16 and date to be set by Revenue Officer Charles Duff.
17    (3)  On March 30, 2009, the Revenue Officer wrote the respondent setting the
18 compliance date for April 14, 2009, at 11:00 a.m., in the Sacramento IRS Office, for
19 Respondent to appear and comply with the Order.  Respondent did not respond to the
20 letter and did not appear at the scheduled appointment.
21    (4) On July 23, 2009, Petitioners filed a petition for contempt of order filed March
22 25, 2009.  This Court's Order of July 27, 2009, required Respondent to appear before this
23 Court on October 15, 2009, at 2:00 p.m. and show cause as to why he should not be held
24 in civil contempt for failure to comply with the Order filed March 25, 2009.  Caroline A.
25 Newman appeared on behalf of Petitioners, and Charles Duff was also present.
26 Respondent did not file an opposition to the Order to Show Cause and did not appear at
27 the Order to Show Cause hearing.
28 ///

1     (5) Respondent's failure to comply with the Order of March 25, 2009, continues
2 to the present.
3     (6) "A court has the inherent power to punish for civil or criminal contempt any
4 obstruction of justice relating to any judicial proceeding." Lambert v. Montana, 545 F.2d
5 87, 88 (9th Cir. 1976).  Petitioners have the burden of proving its prima facie case by
6 clear and convincing proof.  Balla v. Idaho State Bd. of Corrs., 869 F.2d 461, 466 (9th
7 Cir. 1989).  By the Petition for Contempt and supporting documents, including the
8 declaration of Charles Duff, Petitioners have met this burden.
9     Based upon the foregoing, it is hereby ORDERED that:
10    A.   Respondent, ARTHUR RALPH SILL, is in civil contempt of this Court for
11         his failure to comply with the Order filed on March 25, 2009, directing
12         Respondent to comply with the I.R.S. Summonses issued on May 9, 2008.
13    B.   A bench warrant for the arrest of Respondent, ARTHUR RALPH SILL,
14         will be issued herewith.
15    C.   Upon arrest, Respondent, ARTHUR RALPH SILL, is to be incarcerated
16         until he complies with the Order filed on March 25, 2009.
17    Respondent is hereby notified that a failure to comply with this Order will subject
18 Respondent to possible further sanctions for contempt of Court.
19    The Clerk shall forward copies of this Order to the Respondent and the United
20 States Attorney.
21    It is SO ORDERED.
22
  Dated: October 28, 2009
23
                                  _____
24                                MORRISON C. ENGLAND, JR.
                                  UNITED STATES DISTRICT JUDGE
25