**FILED**
December 7, 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. Misc.-08-0121-MCE-GGH |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| ARTHUR RALPH SILL, ) | |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release ARTHUR RALPH SILL, Case Misc.-08-0121-MCE-GGH from custody subject to:

     X    Release on Personal Recognizance

     _    Bail Posted in the Sum of $

              _    Appearance Bond with Surety

              _    Unsecured Appearance Bond

              _    (Other)

              _    (Other)

Issued at  Sacramento, CA  on  December 7, 2009  at 4:26 p.m.

By _____
Edmund F. Brennan,
United States Magistrate Judge